IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SEAN B. VASQUEZ, | ) | Case No. 8:16-CV-521 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **PROTECTIVE ORDER** |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' request for the entry of a stipulated protective order regarding certain discovery materials sought from UP. (Filing No. 54.) Plaintiff filed this action seeking to recover damages from an incident that occurred on or about July 22, 2013. Plaintiff has requested UPRR Network VRC Case Handling & Billing Guidelines ("VRC Billing Guidelines") and UP has agreed to produce the same subject to the provisions of a stipulated protective order.

After due consideration, the request for protective order (Filing No. 54) is granted.

Accordingly,

**IT IS ORDERED** that Plaintiff, Sean Vasquez, as well as his agents and representatives, shall adhere to and are hereby commanded to comply with all of the provisions of this Protective Order relating to production of the VRC Billing Guidelines; and specifically, they are commanded to comply with all of the following Terms and Conditions:

**TERMS AND CONDITIONS**

1. The VRC Billing Guidelines shall not be disclosed, produced, or otherwise disseminated to anyone who is not involved in this case by Plaintiff, as well as any agents or representatives of Plaintiff.

2.      Plaintiff, as well as any agents or representatives of Plaintiff, shall not allow the VRC Billing Guidelines to be disseminated to or on the Internet or any other electronic media.

3.      Plaintiff, as well as any agents or representatives of Plaintiff, will ensure that if the VRC Billing Guidelines are given to any employee of theirs or any outside expert, that these individuals will be advised of and provided a copy of this Protective Order and they shall not disseminate the VRC Billing Guidelines on or to the Internet or any other outside electronic media nor shall they disclose, produce, or otherwise disseminate it to anyone who is not involved in this case.

4.      The acceptance of the VRC Billing Guidelines by any employee of or outside expert utilized by Plaintiff, as well as any agents or representatives of Plaintiff, constitutes their agreement and consent to be bound by the all of the provisions of this Protective Order, all of its specific Terms and Conditions.

5.      That the termination of proceedings in this action shall not relieve any person to whom the VRC Billing Guidelines have been disclosed from the obligations of this Protective Order which shall be continuing.

6.      That at the termination of proceedings in this action, the VRC Billing Guidelines shall be destroyed.

Dated February 13, 2018.

BY THE COURT:

S/ Susan M. Bazis
United States Magistrate Judge